

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MACK TRUCKS, INC.

v.

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
& AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA - UAW, ET AL.:

CIVIL ACTION

NO. 07-3737

## ORDER

AND NOW, this 12th day of May, 2011, upon consideration of the parties' Joint Motion for Preliminary Approval of Class Action Settlement and Proposed Notice to the Class (ECF No. 56), and after a hearing in open court on May 9, 2011, with counsel present, it is **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** as follows:

1. The Settlement Agreement (Joint Mot. Approval Ex. A, ECF No. 56) is preliminarily approved.

2. The Notice To The Class attached to the Joint Motion (Joint Mot. Approval Ex. B, ECF No. 56) is approved.

3. On or before June 1, 2011, Class Counsel shall send the Notice (Joint Mot. Approval Ex. B, ECF No. 56) by first-class mail to the households of Class members, by sending the Notice to the home address of each eligible Retiree and Surviving Spouse.

4. Any Class Member who wishes to object to the Settlement Agreement must file the objections in writing with the Clerk of Court, postmarked no later than August 10, 2011, and shall otherwise comply with the requirements set forth in the Notice To The Class.

5. The Court will hold a hearing on September 7, 2011, in Courtroom 8A, United

States Courthouse, 6th and Market Streets, Philadelphia, PA at 9:30 a.m. to consider whether the Settlement Agreement should be approved as fair, reasonable and adequate to the Class. The date and time of the hearing shall be subject to adjournment by the Court without further notice to members of the Class other than that which may be posted at the United States Courthouse.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.

*[handwritten signatures, dated 5/12/11]*

2