RBS

06-15-2011

Mack Truck v. UAW Case # 7-3737

I, Michael J. Tacker, object to the settlement agreement reached May, 2011. My objection is that I retired on June 29, 2007 with supposed coverage of the company to cover my medical, dental, and vision plan for the rest of my life. Also my spouse would also have coverage + my life insurance. Now I as many have lost all of this which really puts an extra financial strain on my budget. Also as I have read Attachments: Settlement Agreement and Exhibits, page 17 Article III, I quote, "Mack delivered written notice to the current

page 1 of 3

retirees describing its intent to make unilateral changes on or about August 16th, 2007.

With this be the case, I feel that anyone who retired after that date, Aug 16, 2007 should be the ones that would fall with the new restructuring program.

It is totally unfair to one who has worked hard for over 30 years with the company to change the rules after you have. You don't change rules in a ballgame half way into the game when your team is loosing. Look @ all the money wasted millions of dollars in the Winston, S.C. move, then closing of that plant.

page 2 of 3

So, if we look at the big picture, who wasted the most money over the years, I feel it's not the retirees prior to Aug. 16, 2007, it is the company should pay for poor management decisions over the years of wasteful spending.

Thank you for your time to hear my concerns.

Yours truly,

Michael P. K. Tauber
UAW 677



Mr. Michael Tauber
3552 Lenape Ln.
Emmaus, PA 18049

Phone 610-966-3884