June 21, 2011

James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Mack Trucks V. UAW
    Case No. 7-3737 - Objection to Proposed Settlement

Dear Sir:

This letter serves as my objection to the proposed settlement.  I was an employee of Mack Trucks for 37 years and would have to pay $80 a month for an inferior health care plan while other employees with less years of service pay lower premiums. All retirees should be required to pay the same amount for health care.

<span style="margin-left: 60%;">Sincerely,</span>



<span style="margin-left: 60%;">Meryl K. Benner<br/>1617 Linda Lane<br/>Allentown, PA 18103</span>

cc: Andrew Nickelhoff
    Michael Nicholson
    Therence O. Pickett

FILED
JUN 23 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk