IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MACK TRUCKS, INC. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 07-3737 |
| INTERNATIONAL UNION, | : | |
| UNITED AUTOMOBILE, AEROSPACE | : | |
| & AGRICULTURAL IMPLEMENT | : | |
| WORKERS OF AMERICA - UAW, ET AL.: | | |

## ORDER

**AND NOW**, this ____23rd____ day of ____June____, 2011, it is **ORDERED** that a hearing on the *Rachilla* Plaintiff's Unopposed Motion For Interim Award Of Costs And Attorneys Fees is scheduled for September 7, 2011 at 9:30 a.m. This Motion will be addressed at the conclusion of the Fairness Hearing.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**