July 1 2011

James A. Byrne
U.S. Couthouse
601 Market Street
Philadelphia, Pennsylvania   19106

Mack Trucks V. Uaw Case No. 7-3737-Objections to Settlement.

**FILED**
JUL 11 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

I have received an official notice to the class litigation from the United States District Court for Eastern District of Pennsylvania regarding the proposed settlement of litigation concerning my retirement health care benefits Dated may 24,2011.

Enclosed with the notice where instructions covering the final settlement, Exhibit A & B , attachment settlement agreement and exihibits,etc.

Included were instructions on objection and asked to read the notice carefully being I am a retiree covered by the Mack /Uaw Master Agreement who has retired and not an attorney or have the resources to obtain one .So being so I can not truly object or agree to the settlement agreement.

What I can say is that I don't agree with anyone that the negotiated retiree medical &insurance benefits were not vested . With my 40 years of being a member I was always told and believed , and including my retirement agreement my benefits were vested for LIFE.

Stanley Kruslicky ( Loc 677 Member)

*Stanley Kruslicky*