

Clerk of Court
United States District Court
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

July 18, 2011

## MACK TRUCKS V. UAW, CASE NO. 7-3737-OBJECTION TO PROPOSED SETTLEMENT

I wish to object to the proposed settlement and request that the Court not approve it.

My husband died in 1990 as a victim of an accident at Mack Trucks in Winnsboro, SC. In 1992 I received a letter from Mack Trucks stating that I am "entitled to Company health benefits coverage for the remainder of" my lifetime under a Company-UAW agreement. That is small compensation for the life of my husband but this settlement will take that small remuneration from me and create an even greater hardship by requiring me to pay for something which Mack should provide.

Mack Trucks should be held accountable for my health benefits for the remainder of my life, as they originally claimed would happen. Please consider the outcome of allowing them to disregard their responsibility.

Sincerely,

*Fran Beller*

Fran Beller
424 Cook Street
Wendell, NC 27591

cc: Andrew Nickelhoff
    Mike Nicholson
    Therence O. Pickett