# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MACK TRUCKS, INC., | |
| Plaintiff, | Civil Action No. 2:07-cv-3737-RBS |
| v. | |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA-UAW, et al., | R. BARCLAY SURRICK |
| Defendants. | JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |
| MARTIN RACHILLA, JOSEPH E. CRAIG, JR., JOHN R. WAHLER, RONALD L. ROYER, DOROTHY GANTZ, CHARLES CULLEY DAVID MOORE, on behalf of themselves and a similarly situated class, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW, | |
| Plaintiffs, | |
| vs. | |
| MACK TRUCKS, INC., and MACK TRUCKS, INC. RETIREE WELFARE BENEFIT PLAN, | |
| Defendants. | |

The Parties, on behalf of themselves, respectfully submit this Joint Motion for Final Approval of Class Action Settlement. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, and for the reasons set forth in the attached Memorandum of Law, the Parties respectfully request that this Court grant final approval of the Settlement Agreement

proposed in this matter.

Respectfully submitted,

SACHS WALDMAN P.C.

By: /s/ *Andrew Nickelhoff*
    Andrew Nickelhoff
    Marshall J. Widick
Class Counsel
1000 Farmer Street
Detroit, MI 48226
(313) 965-3464
anickelhoff@sachswaldman.com
mwidick@sachswaldman.com

CLEARY & JOSEM, LLP

By: /s/ *William T. Josem*
William T. Josem
Attorneys for Defendants International Union
UAW and UAW Locals 677, 171, 1247, 2301
and 2420
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
(215) 735-9099 (telephone)
wtjosem@clearyjosem.com

LITTLER MENDELSON, P.C.

By: /s/ *Robert C. Drake*
Robert C. Drake, (PA #57177)
Thomas J. Bender (PA #25512)
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
rcdrake@littler.com
tbender@littler.com

Attorneys Mack Trucks, Inc.

Dated: August 24, 2011